Sealed

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-mj-02803-LMR |
| v. | 20-20181-CR- |
| | middle-torres |
| ANGELO GABRIEL ZANELLI, | FILED BY JAc D.C. |
| Defendant. | JUL 20 2020 |
| _____/ | ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - MIAMI |

## UNOPPOSED MOTION FOR OVERNIGHT TRAVEL WITHIN THE STATE OF FLORIDA FOR WORK PURPOSES

The Defendant in the above styled and numbered cause, **ANGELO GABRIEL ZANELLI**, respectfully moves the Court for an order allowing him to travel overnight within the State of Florida for work purposes and would show the Court as follows:

### I.

1. The Defendant was arrested in this district on May 21, 2020 on a Criminal Complaint originating from the District of Columbia.

2. At the defendant's initial appearance hearing on May 22, 2020 the Court granted bond and imposed certain conditions of pre-trial release, which conditions included travel restricted to the Southern District of Florida.

3. The defendant waived indictment and agreed to be charged by way of Information in the District of Columbia under case number 20-mj-091. Moreover, the defendant executed a plea agreement and statement of offense (factual proffer) with the United States Attorney's Office for the District of Columbia on June 23, 2020 and is awaiting the Rule 20 transfer to this district for plea and sentencing.

4. The defendant has complied with all conditions of his pre-trial release.

5. The defendant is required to occasionally travel overnight (usually 1 to 3 days) for business purposes outside the district and within the State of Florida.

6. Defendant will notify his pre-trial release officer prior to any overnight travel and will abide by all the conditions imposed by the pre-trial release officer regarding the overnight travel.

## II.

Counsel for the Defendant conferred with Assistant United States Attorney Frederick Yette of the United States Attorney's Office for the District of Columbia about this motion on July 13, 2020. AUSA Yette is not opposed to this motion.

Counsel for the Defendant conferred with Assistant United States Attorney Jonathan Bailyn of the United States Attorney's Office for the Southern District of Florida about this motion on July 14, 2020. AUSA Baylin is not opposed to this motion

Counsel for the Defendant conferred with the defendant's pre-trial release officer Juan Nuñez about this motion on July 17, 2020. Officer Nuñez is not opposed to this motion.

**ANGELO GABRIEL ZANELLI** prays that the Court enter an allowing him to travel overnight outside of the Southern District of Florida for business purposes as required by his employer.

Respectfully Submitted,
**ABREU LAW** PLLC

/s/ Robert E. Abreu, Esq.
ROBERT E. ABREU, ESQ.
Florida Bar Number: 691119
201 Alhambra Circle, Suite 504
Coral Gables, Florida 33134
Main: (786) 558-9646
Direct: (786) 870-5917
E-mail: robert@abreulaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and that a separate electronic mail copy was furnished to Frederick W. Yette, AUSA, frederick.yette@usdoj.gov, on this 20th day of July 2020.

/s/ Robert E. Abreu, Esq.
ROBERT E. ABREU, ESQ.